UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

CASE NO.  EDCV 12-1072 GW (AJW)                                    D A T E :  M a y  2 1 ,  2 0 1 3

TITLE: <u>CARLENE BUTLER v. CAROLYN J. COLVIN, Acting Commissioner of Social Security</u>
====================================================
PRESENT:     HON.  ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

        <u>Ysela Benavides</u>                                    _____
        Deputy Clerk                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
     None                                                                          None

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE REGARDING DISMISSAL**

On January 25, 2013, an order was filed extending the briefing schedule and modifying the Case Management Order to permit the filing of cross-motions for summary judgment in lieu of a joint stipulaiton.  Pursuant to that order, plaintiff, who is proceeding pro se, had until March 15, 2013 in which to file a summary motion.  Defendant's cross-motion for summary judgment was due filed 30 days thereafter.

Since the date of that order, plaintiff has not filed a summary judgment motion or taken any other steps to prosecute this action.  Accordingly, plaintiff shall have to and including **June 4, 2013** in which to show cause, if any there be, why this case should not be dismissed for failure to prosecute and to comply with the court's orders.  Plaintiff may attempt to show cause by filing one or more declarations under penalty of perjury and supporting exhibits, if needed.

**Plaintiff is cautioned that failure to respond to this order or to show good cause may result in the dismissal of this action with or without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

cc:      Parties