1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10                             EASTERN DIVISION

11

CARLENE BUTLER,                    )
12                                 )
                 Plaintiff,        )      No. EDCV 12-1072 GW (AJW)
13                                 )
            v.                     )
14                                 )      J U D G M E N T
CAROLYN W. COLVIN,                 )
15  Acting Comm. of Social Security, )
                                   )
16              Defendant.         )
    _____)

17

18
        **IT IS ADJUDGED** that this action is dismissed with prejudice.
19

20
    Dated:  October 10, 2013
21

22                                     _____
                                       GEORGE H. WU
23                                     United States District Judge

24
25
26
27
28